IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13CV684-MOC-DSC

| | |
|---|---|
| JAMES T. STROUD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| GASTON COUNTY, et. al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

## ORDER

**THIS MATTER** is before the Court on "Plaintiff's Response … to … April 3, 2014 Order" (document #10). Plaintiff seeks a thirty-day extension of time in which to respond to the "12(b) Motions to Dismiss of Gaston County …" (document #7) filed on April 3, 2014.

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding pro se, that he has a right to respond to Defendants' Motion. The Court also advises Plaintiff that failure to respond may result in Defendants being granted the relief they seek, that is, the **DISMISSAL OF THE COMPLAINT WITH PREJUDICE**.

**IT IS THEREFORE ORDERED** that Plaintiff is allowed until June 2, 2014 to respond to Defendants' "Motion to Dismiss" (document #7). Plaintiff is cautioned that there will be no further extensions of this deadline absent exceptional circumstances.

To the extent that "Plaintiff's Response … to April 3, 2014 Order" (document #10) seeks early discovery or any other relief, it is **DENIED**.

**SO ORDERED**.

Signed: April 22, 2014

David S. Cayer
United States Magistrate Judge