IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Docket No. 3:13-CV-684-MOC-DSC

| | |
|---|---|
| JAMES T. STROUD, | ) |
| Plaintiff, | ) |
| v. | ) **O R D E R** |
| GASTON COUNTY, et. al., | ) |
| Defendants. | ) |

**THIS MATTER c**omes before the Court upon pro se Plaintiff's "Motion to Have the Court Order that Plaintiff's Civil Summons Be Personally Served on the Known Defendants as Requested Herein" (document #19).

In his Motion, Plaintiff seeks an order compelling "[defense counsel] Martha Thompson to make immediate arrangements for a private individual, not associated with any of the parties, to individually serve said civil process on each known Defendant…." Id. at 3. In essence, Plaintiff seeks to shift the burden and expense of effecting service to the Defendants themselves.

Plaintiff states that he receives $2,080 per month in Social Security benefits, a slight increase in his income since he filed his "Application to Proceed In District Court Without Prepaying Fees or Costs" (document #2) on December 13, 2013.

On December 30, 2013, the Court denied Plaintiff's Application. See "Order" (document #3). On January 10, 2014, the Honorable Max O. Cogburn, Jr. affirmed that decision. See "Order" (document #5).

For those reasons, as well as there being no authority to support the Motion, Plaintiff's

1

"Motion to Have the Court Order that Plaintiff's Civil Summons Be Personally Served on the Known Defendants as Requested Herein" (document #19) is <u>denied</u>.

**SO ORDERED.**

Signed: July 15, 2014

David S. Cayer
United States Magistrate Judge